```
DAVID J. COOK, ESQ. (State Bar # 060859)
ROBERT J. PERKISS, ESQ (State Bar # 62386)
COOK COLLECTION ATTORNEYS
A PROFESSIONAL LAW CORPORATION
165 Fell Street
San Francisco, CA 94102-5106
Mailing Address: P.O. Box 270
San Francisco, CA 94104-0270
Tel: (415) 989-4730
Fax: (415) 989-0491
File No. 43,798
```

FILED
CLERK, U.S. DISTRICT COURT
JUN 15 2010
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

Attorneys for Plaintiff
JOE HAND PROMOTIONS, INC.

Nunc Pro Tunc as of 01/11/10

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> JACK G. DELL, JR., individually and dba PADDY'S PUB, <br><br> Defendant. | CASE NO. CV 99-6039 RMT (Ex) <br><br> [PROPOSED] RENEWAL OF DEFAULT JUDGMENT |

Based upon the application for renewal of the judgment of the original judgment, and pursuant to F.R.C.P. 69(a) and C.C.P. §§ 683.110 through 683.320, and for good cause appearing, therefore,

The judgment to and against Defendant JACK G. DELL, JR., individually and dba PADDY'S PUB, the Default Judgment entered on 4/20/00 (copy attached) is hereby renewed in the amounts as set forth below:

Renewal of money judgment:

```
    a. Total judgment                          $6,800.00
    b. Costs after judgment                    $   -0-
    c. Attorneys fees:                         $   -0-
    d. Subtotal (add a and b)                  $6,800.00
    e. Credits after judgment                  $   -0-
    f. Subtotal (subtract d from c)            $6,800.00
```

RENEWAL OF DEFAULT JUDGMENT - CASE NO. CV 99-6039 RMT (Ex)                              1

|  |  |
|---|---|
| g. Interest after judgment | $1,700.00 |
| h. Fee for filing renewal application | $   -0- |
| i. **Total renewed judgment** *(add e, 5, and g)* | $8,500.00 |

DATED: 06/15/10               CLERK, by  Lori Muraoka                    ,
                              Deputy

F:\USERS\DJCNEW\paddy's.renewal